425 A.2d 849

Commonwealth v. Anderson, Appellant.

Submitted April 12, 1979.   John

R. Cook, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.*

Order affirmed.